# Court of Appeals
# of the State of Georgia

ATLANTA, July 30, 2020

*The Court of Appeals hereby passes the following order*

**A20I0251. NAM DAE MUN, LLC v. DEMETRIA MORGAN.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be

hereby DENIED.

LC NUMBERS:

2018CV00953



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta, July 30, 2020.*

       *I certify that the above is a true extract from the minutes*
*of the Court of Appeals of Georgia.*

       *Witness my signature and the seal of said court hereto*
*affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*